The Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHERYL PETERSON-MILLER,<br><br>                 Plaintiff,<br>   v.<br><br>NILFISK CORP. INC.; HATHAWAY NORTH AMERICA, INC., D/B/A HATHAWAY CAPITAL,<br><br>                 Defendants. | No. 2:17-cv-00520 RSL<br><br>STIPULATION AND<br>ORDER OF VOLUNTARY DISMISSAL |

## STIPULATION

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties, by and through their counsel of record, request the Court dismiss this litigation with prejudice and without fees or costs to any party.

Dated this 13th day of March, 2018.

| | |
|---|---|
| FULTON LAW PLLC | JACKSON LEWIS P.C. |
| */s/ Robert Fulton* | */s/ Chad Arceneaux* |
| Robert Fulton, WSBA #29277 | Bryan P. O'Connor, WSBA #23867 |
| 601 Union Street, Suite 4200 | Chad E. Arceneaux, WSBA #40442 |
| Seattle, WA 98101 | 520 Pike Street, Suite 2300 |
| Telephone: 206-652-3260 | Seattle, WA 98101 |
| Facsimile: 206-629-2184 | Telephone: 206-405-0404 |
| Robert@Fultonlawpllc.com | Facsimile: 206-405-4450 |
| Attorneys for Plaintiff | bryan.oconnor@jacksonlewis.com; |
| | chad.arceneaux@jacksonlewis.com |
| | Attorneys for Defendants |

STIPULATION & ORDER OF
VOLUNTARY DISMISSAL - 1
(2:17-cv-00520 RSL)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

**ORDER**

Based upon the foregoing stipulation of the parties, it is hereby:

ORDERED that the above-captioned matter is dismissed with prejudice as to all parties and without attorney's fees or costs to any party.

DATED this 20th day of March, 2018.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

| FULTON LAW PLLC | JACKSON LEWIS P.C. |
|---|---|
| */s/ Robert Fulton* | */s/ Chad Arceneaux* |
| Robert Fulton, WSBA #29277 | Bryan P. O'Connor, WSBA #23867 |
| 601 Union Street, Suite 4200 | Chad E. Arceneaux, WSBA #40442 |
| Seattle, WA 98101 | 520 Pike Street, Suite 2300 |
| Telephone: 206-652-3260 | Seattle, WA 98101 |
| Facsimile: 206-629-2184 | Telephone: 206-405-0404 |
| Robert@Fultonlawpllc.com | Facsimile: 206-405-4450 |
| Attorneys for Plaintiff | bryan.oconnor@jacksonlewis.com; |
| | chad.arceneaux@jacksonlewis.com |
| | Attorneys for Defendants |

STIPULATION & ORDER OF
VOLUNTARY DISMISSAL - 2
(2:17-cv-00520 RSL)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404